Local Form 4A                                                                                         June 2015

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No:   15-31312 |
| | ) | |
| Kevin Roger Thalacker and wife | ) | Chapter 13 |
| Denise Agnese Thalacker | ) | |
| SSN:   xxx-xx-7308 and xxx-xx-3464 | ) | |
| Debtor(s) | ) | |

### *SECOND AMENDMENT TO*:

### CHAPTER 13 PLAN, INCLUDING NOTICE OF MOTION(S) FOR VALUATION; MOTION(S) TO AVOID CERTAIN LIENS; MOTION(S) FOR ASSUMPTION AND REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND NOTICE OF OPPORTUNITY FOR HEARING ON CONFIRMATION OF THE PLAN INCLUDING ALL MATTERS AS SET FORTH IN THE PLAN,
### FOR CASES FILED ON OR AFTER JUNE 1, 2015

Check for motions applicable to this plan amendment:

( )  **Motion to Value Liens Includes Valuation of Property Securing A Claim**
(X) **Motion to Value Liens includes Valuation of Property Securing A Claim in an Amount Less than the Amount of the Claim**
(X) **Motion to Avoid Liens § 522(f)**
( )  **Motion to Assume  Executory Contracts(s) and Unexpired Leases**
( )  **Motion to Reject Executory Contract(s) and Unexpired Leases**
( )  **No motions applicable to this plan amendment**

The Chapter 13 Plan, including certain motions and other provisions, is hereby **amended** as follows:

### PLAN PAYMENTS, PAYMENT INCREASES, ATTORNEY FEES

**1.**     a.  The plan proposes to pay $**4,050.00** per month for **60**  months (est. payout to unsecureds **1** %)

   b.  If applicable, the plan will also be funded by:  n/a.

   c.  The attorney for the debtor(s) has received **$200.00** of the total base attorney fee of **$3,900.00**.

### CLASSIFICATION AND TREATMENT OF CLAIMS

**2.**     **Secured Claims**

   a.  Treatment of Secured Claims [using treatment terms shown in ¶ 4a of the Plan attached]:

| Creditor | Collateral | Value of Coll. | Claim Amt. | Treatment | Int. Rate (numeric) |
|---|---|---|---|---|---|
| 1) Vincent Tabone | Judgment Lienholder | $140.542.53* | $288,633.82 | As Valued | 5.25% (Till) |

(*Value of Collateral is the non-exempt equity in the debtors' residence located at 8806 Silver Charm Lane, Marvin, NC 28173)

4. **Special Terms**

   a. [    ] None

   b. Brief Comment Explaining Direct Payment Treatment for Secured Claims under paragraph 2(a)

   c. Special Treatment of Unsecured Claims and Explanation of Treatment

   d. Other Special Terms:

   a) The secured claim of Tabone shall be in the amount of $140,542.53 and shall be paid directly by the Father of the Male Debtor and in full by a deadline determined by the Bankruptcy Court at a hearing on April 12, 2016. If this claim is not paid in full by this to be determined deadline, then Tabone shall be automatically granted relief from the automatic stay to pursue his non-bankruptcy remedies;

   b) The remaining balance of Tabone's judgment claim in the amount of $148,091.29 shall be deemed a general unsecured claim and paid pro rata with the rest of the general unsecured claims pursuant to the confirmed plan; and

   c) All interested parties on the most recent creditor matrix provided by the Bankruptcy Court shall be immediately provided notice of the amended plan and shall have 14 days from the date that the amended plan was filed to object to the special treatment of Tabone's secured claim and to request a hearing.

5. **Plan Motions:**

   a. Section 522(f) Personal Property and Household Goods Lien Avoidance:

| Creditor | Acct. # Last 4 Digits | Debt Amount | Description of Property |
|---|---|---|---|

   **NONE**

   b. Section 522(f) Judicial Lien Avoidance

| Creditor | Judgment Bk and Pg | Registry | Judgment Date | Judgment Amt. |
|---|---|---|---|---|
| **Vincent Tabone** | 11-CVS-795-JMT-001 | Union County | 9/25/2013 | $288,633.82 |

   Real property to which the lien attaches:    **8806 Silver Charm Lane, Marvin, NC 28173**
   Value of debtor(s) **equity** in this real property **before judgment** is:    **$140,542.53**
   Amount of exemption **available to** claim in the real property:    **$70,000.00**

TAKE NOTICE:  Your rights may be affected. You should read this amendment to the Chapter 13 Plan carefully, including any motions contained in the amended plan, and discuss them with your attorney, if you have one, in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to confirm the proposed plan of the debtor or debtors ("Debtor") as amended, including any of the motions included in the amended plan, or if you want the Court to consider your views on these matters, then you or your attorney must file with the Court a written objection to confirmation and request for hearing on confirmation at the following addresses:

Cases filed in the **Charlotte, Shelby, or Statesville** Divisions:

Clerk, U.S. Bankruptcy Court, 401 West Trade St., Room 111, Charlotte, N.C. 28202

Cases filed in the **Asheville or Bryson City** Divisions:

Clerk, U.S. Bankruptcy Court, Room 112, 100 Otis Street, Asheville, N.C. 28801

Your objection to confirmation and request for hearing must include the specific reasons for your objection and must be filed with the Court no later than 14 days following the conclusion of the § 341 meeting of creditors, or within 14 days of service of the amendment, whichever is later.  If you mail your objection to confirmation to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadline stated above.  You must also serve a copy of your objection to confirmation on the Debtor at the address listed in the notice of the meeting of creditors.  The Debtor's attorney and the Chapter 13 Trustee will be served electronically.  If any objections to confirmation are filed with the Court, the objecting party will provide written notice of the date, time, and location of the hearing.  No hearing will be held unless an objection to confirmation is filed.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the proposed plan of the Debtor as amended, including any motions contained in the amended plan, and may enter an order confirming the amended plan and granting the motions.  **Any creditor's failure to object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).**

I declare under penalty of perjury that the information provided in the Amendment to Chapter 13 Plan, including Notice of Motion(s) for Valuation; Motion(s) to Avoid Certain Liens; and Motion(s) for Assumption and Rejection of Executory Contracts and Unexpired Leases; are true and correct as to all matters set forth herein.

I hereby certify that I have reviewed this document with the Debtor and that the Debtor has received a copy of this document.

       4/8/2016                                                                   /s/ Matthew H. Crow
Dated_____
                                                                                        Attorney for the Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| In re: ) | Case No: 15-31312 |
| ) | |
| Kevin Roger Thalacker and wife ) | Chapter 13 |
| Denise Agnese Thalacker ) | |
| SSN:   xxx-xx-7308 and xxx-xx-3464 ) | |
| Debtor(s) ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on **April 8, 2016** served each party or counsel of record indicated on the list attached hereto in the foregoing matter with a copy of this Chapter 13 Amended Plan by depositing in the United States mail a copy of same in a properly addressed envelope with first class postage thereon.  Attorneys were served electronically

This the 8th day of April, 2016.

/s/ Matthew H. Crow
_____
Matthew H. Crow
Crow Law Firm
315-B North Main Street
Monroe, NC 28112
704-283-1175 (Phone)
704-226-0488 (Fax)
N.C. State Bar No. 26117

Mr. and Mrs. Kevin Thalacker
(via email delivery)

All PARTIES ON ATTACHED MATRIX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-3<br>Case 15-31312<br>Western District of North Carolina<br>Charlotte<br>Fri Apr  8 16:30:07 EDT 2016 | Charlotte Division<br>401 West Trade Street<br>Charlotte, NC 28202-1633 | Absolute Resolutions Corp.<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| BP / Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Bill Me Later<br>PO Box 2394<br>Omaha, NE 68103-2394 | CACH, LLC<br>4340 S. Monaco Pkwy, 2nd Fl<br>Denver, CO 80237-3485 |
| CAROLINAS HEALTHCARE SYSTEM<br>PO BOX 32861<br>CHARLOTTE, NC 28232-2861 | COMENITY CAPITAL BANK/PAYPAL CREDIT<br>C/O WEINSTEIN & RILEY, P.S.<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Carolinas Healthcare System<br>P.O. Box 70826<br>Charlotte, NC 28272-0826 |
| Charlotte Gastro & Hepatology<br>PO Box 497<br>Huntersville, NC 28070-0497 | Charlotte Gastroenterology and Hepatology<br>Charlotte Gastroenterology and Hepatolog<br>P.O. Box 497<br>Huntersville, NC 28070-0497 | Comenity Bank / Loft<br>PO Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank / Pottery Barn<br>PO Box 182125<br>Columbus, OH 43218-2125 | Credit First / Firestone<br>PO Box 81083<br>Cleveland, OH 44181-0083 | Credit First NA<br>PO Box 818011<br>Cleveland, OH 44181-8011 |
| Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Department Store National Bank c/o Quantum3<br>PO Box 657<br>Kirkland, WA 98083-0657 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Card<br>PO Box 3025<br>New Albany, OH 43054-3025 | Eastfield Pediatric Dentistry<br>8631 Arbor Creek Dr. Ste D3<br>Charlotte, NC 28269-0548 | Ford Motor Credit<br>c/o Correspondence<br>PO Box 542000<br>Omaha, NE 68154-8000 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Home Depot/CBSD<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Kohl's / Capital One<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | Lincoln Automotive Financial Services<br>P. O. Box 62180<br>Colorado Springs, CO 80962-2180 |

Lincoln Financial Auto
1 The American Road
Mail Drop 7340
Dearborn, MI  48126

Macy's
PO Box 8053
Mason, OH 45040-8053

Mecklenburg Radiology
P. O. Box 221249
Charlotte, NC  28222-1249

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

Midland Funding, LLC
8875 Aero Drive Ste 200
San Diego, CA 92123-2255

MinuteClinic Diagnostic of NC
PO Box 329
Woonsocket, RI 02895-0781

NC Dept. of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

Nordstrom's
PO Box 13589
Scottsdale, AZ 85267-3589

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Novant Medical Group
PO Box 30143
Charlotte, NC 28230-0143

OrthoCarolina, PA
PO Box 602179
Charlotte, NC 28260-2179

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Publishers Clearing House
c/o Penn Credit
PO Box 988
Harrisburg, PA 17108-0988

SYNCB / Amazon
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896-5060

SYNCB / Banana Republic
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896-5060

SYNCB / Belk
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896-5060

SYNCB / Care Credit
PO Box 965036
Orlando, FL 32896-5036

SYNCB / Lowes
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896-5060

SYNCB / TJX Rewards
PO Box 965060
Orlando, FL 32896-5060

Sessoms & Rogers, P.A.
PO Box 110564
Durham, NC 27709-5564

South Charlotte Dermatology
10370 Park Road, Ste. 201
Charlotte, NC 28210-8509

Sunoco / CitiBank
PO box 6497
Sioux Falls, SD 57117-6497

Synchrony Bank
c/o Recovery Management Systems Corp. x
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

TD Bank USA / Target
c/o Brock & Scott, PLLC
1315 Westbrook Plaza Dr.
Winston Salem, NC 27103-1357

The Children's Place
PO Box 6403
Sioux Falls, SD 57117-6403

Union County Tax Collector
P. O. Box 38
Monroe, NC  28111-0038

Vincent Tabone
1588 Colony Court
Palm Harbor, FL 34683-6326

Vincent Tabone
c/o Weaver Bennett & Bland
PO Box 2570
Matthews, NC 28106-2570

Wells Fargo Bank, N.A.
3476 Stateview Blvd
Attn: Bankruptcy Dept. MAC #D3347-0
Fort Mill, SC 29715-7200

Wells Fargo Bank, N.A.
Attention: Bankruptcy Department
MAC# D3347-014
3476 Stateview Blvd
Fort Mill, SC 29715-7203

| | | |
|---|---|---|
| Wells Fargo Bank, N.A.<br>PO Box 659558<br>San Antonio, TX 78265-9558 | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Denise Agnese Thalacker<br>8806 Silver Charm Lane<br>Waxhaw, NC 28173-6663 |
| Kevin Roger Thalacker<br>8806 Silver Charm Lane<br>Waxhaw, NC 28173-6663 | Matthew H. Crow<br>The Crow Law Firm<br>315-B North Main Street<br>Monroe, NC 28112-4727 | Vincent Tabone<br>c/o William G. Whittaker<br>Weaver, Bennett & Bland, PA<br>P.O. Box 2570<br>Matthews, NC 28106-2570 |
| Warren L. Tadlock<br>5970 Fairview Road, Suite 650<br>Charlotte, NC 28210-2100 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ford Motor Credit Company, LLC<br>Dept 55953<br>P.O. Box 55000<br>Detroit, MI 48255-0953 | Portfolio Recovery Assoc.<br>PO Box 41067<br>Norfolk, VA 23541-1067 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, NA

End of Label Matrix
Mailable recipients    66
Bypassed recipients     1
Total                  67