**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In Re:<br>Kevin Roger Thalacker<br>Denise Agnese Thalacker<br>SSN# : XXX-XX-7308<br>SSN# : XXX-XX-3464 | Case No.  15-31312<br><br>Chapter 13 |

**CHAPTER 13 FINAL REPORT AND ACCOUNT**
**COMPLETED**

This Case was                                                                                                          The Plan was
Commenced on 8/24/2015                                                                                       Confirmed on 4/29/2016

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements, and they are incorporated by reference in this report.

RECEIPTS:  Amounts paid to Trustee by or for the Debtors for the benefit of Creditors:  $241,448.87

Plan Base = $241,275.00

**CLAIMS AND DISTRIBUTIONS TO DATE**

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 10,084.74 | 10,084.74 | |
| 0 | | Kevin Roger Thalacker | DEBTOR REFUND | 0.00 | 0.00 | 0.00 |
| 0 | | MATTHEW H CROW | ATTORNEY FEE | 0.00 | 0.00 | 0.00 |
| 0 | 0 | Kevin Roger Thalacker | DEBTOR REFUND | 173.87 | 173.87 | 0.00 |
| 1 | | MATTHEW H CROW | B-Base Attorney Fee(s) | 3,700.00 | 3,700.00 | 0.00 |
| 7 | 1 | LINCOLN AUTOMOTIVE FINANCIAL SERV | C-Car /Other (910/365) | 0.00 | 0.00 | 0.00 |
| 8 | 2 | FORD MOTOR CREDIT COMPANY | C-Car /Other (910/365) | 0.00 | 0.00 | 0.00 |
| 4 | 24 | WELLS FARGO BANK NA | M-Mortgage | 0.00 | 212,693.55 | 0.00 |
| 6 | 15 | WELLS FARGO BANK NA | M-Mortgage | 0.00 | 0.00 | 0.00 |
| 5 | 15 | WELLS FARGO BANK NA | N-Mortgage/Lease Arrears | 0.04 | 0.04 | 0.00 |
| 3 | 24 | WELLS FARGO BANK NA | N-Mortgage/Lease Arrears | 13,118.49 | 13,118.49 | 0.00 |
| 9 | 8 | VINCENT TABONE | S-Secured-Pro-Rata | 0.00 | 0.00 | 0.00 |
| 14 | 7 | BILL ME LATER | U-Unsecured | 1,855.59 | 17.88 | 0.00 |
| 15 | | CHASE/ MARRIOTT | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 16 | | CACH LLC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 17 | 5 | CAPITAL ONE BANK (USA) NA | U-Unsecured | 3,985.08 | 38.41 | 0.00 |
| 18 | 14 | PORTFOLIO RECOVERY ASSOCIATES LL | U-Unsecured | 1,159.87 | 11.17 | 0.00 |
| 20 | 9 | CAROLINAS HEALTHCARE SYSTEM | U-Unsecured | 262.74 | 2.53 | 0.00 |
| 21 | 6 | CHARLOTTE GASTROENTEROLOGY & HE | U-Unsecured | 62.44 | 0.60 | 0.00 |
| 22 | | COMMENITY/LOFT | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 23 | 22 | QUANTUM3 GROUP LLC AS AGENT FOR | U-Unsecured | 765.32 | 7.38 | 0.00 |
| 24 | 13 | CREDIT FIRST NA | U-Unsecured | 630.77 | 6.08 | 0.00 |
| 25 | 19 | MIDLAND FUNDING LLC | U-Unsecured | 2,093.13 | 20.17 | 0.00 |
| 29 | | EASTFIELD PEDIATRIC DENISTRY | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 30 | | THE HOME DEPOT | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 31 | 21 | CAPITAL ONE NA | U-Unsecured | 941.52 | 9.07 | 0.00 |
| 32 | 12 | CAPITAL ONE NA | U-Unsecured | 591.47 | 5.70 | 0.00 |
| 33 | 20 | DEPARTMENT STORE NATIONAL BANK | U-Unsecured | 401.25 | 3.87 | 0.00 |
| 34 | | MECKLENBURG RADIOLOGY | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 35 | | MINUTE CLINIC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 36 | | NORDSTROM FSB | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 37 | | NOVANT MEDICAL GROUP | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 38 | 4 | ORTHOCAROLINA PA | U-Unsecured | 99.06 | 0.96 | 0.00 |
| 39 | | PENN CREDIT CORP | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 40 | | SOUTH CHARLOTTE DERMATOLOGY | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 41 | | CITIBANK | U-Unsecured | 0.00 | 0.00 | 0.00 |

Case No.  15-31312 Thalacker

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 10,084.74 | 10,084.74 | |
| 42 | 10 | PORTFOLIO RECOVERY ASSOCIATES LL | U-Unsecured | 542.62 | 5.23 | 0.00 |
| 43 | 11 | PORTFOLIO RECOVERY ASSOCIATES LL | U-Unsecured | 762.83 | 7.35 | 0.00 |
| 44 | 17 | MIDLAND FUNDING LLC | U-Unsecured | 1,566.24 | 15.10 | 0.00 |
| 45 | | SYNCHRONY BANK/CARE CREDIT | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 46 | 16 | MIDLAND FUNDING LLC | U-Unsecured | 2,303.74 | 22.21 | 0.00 |
| 47 | 18 | MIDLAND FUNDING LLC | U-Unsecured | 1,402.90 | 13.52 | 0.00 |
| 48 | | TD BANK USA/TARGET | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 49 | | CHILDRENS PLACE | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 50 | 23 | QUANTUM3 GROUP LLC AS AGENT FOR | U-Unsecured | 548.61 | 5.29 | 0.00 |
| 10,009 | 8 | VINCENT TABONE | U-Unsecured | 148,091.29 | 1,427.20 | 0.00 |
| 27 | 3 | DISCOVER BANK | U-Unsecured | 6,065.24 | 58.46 | 0.00 |
| 28 | | SESSOMS & ROGERS PA | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 26 | | MIDLAND CREDIT FUNDING | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 19 | | PORTFOLIO RECOVERY ASSOCIATES | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 10 | | VINCENT TABONE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 11 | | INTERNAL REVENUE SERVICE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 12 | | NC DEPT OF REVENUE BANKRUPTCY UN | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 13 | | UNION COUNTY TAX COLLECTOR | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| | | | Totals | $201,208.85 | $241,448.87 | $0.00 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Warren L. Tadlock as Trustee and releasing Warren L. Tadlock and his surety from any and all liability on account of these proceedings, and for such other and further relief as is just.

Dated:  10/14/2020         1/1/1900         Warren L. Tadlock, Standing Chapter 13 Trustee
5970 Fairview Road, Suite 650
Charlotte, NC  28210-2100
(704) 372-9650

Case No.  15-31312  Thalacker

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

In Re:
Kevin Roger Thalacker
Denise Agnese Thalacker
SSN# :  XXX-XX-7308
SSN# :  XXX-XX-3464

Case No.  15-31312

Chapter 13

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served each party or counsel of record indicated on the list below with a copy of the attached document that was filed with the Clerk of Court on 10/14/2020 via the CM/ECF filing system.  Non-ECF users were served by depositing in the United States mail a copy of the same in a properly addressed envelope with first class postage thereon. ECF users were served electronically.

Service Date:  October 14, 2020

L.. Long
Office of the Chapter 13 Trustee

Kevin Roger Thalacker, Denise Agnese Thalacker, 8806 Silver Charm Lane, Waxhaw, NC 28173
MATTHEW H CROW (served electronically)